678

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN VALENTINE, Defendant-Appellant.

(No. 55401; )

First District (3rd Division)—February 22, 1973.

*Rehearing denied March 27, 1973.*

PER CURIAM.

Gerald W. Getty, Public Defender, of Chicago, (James J. Doherty and Stanley Sacks, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and James Staruck, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEROY HAIRSTON, Defendant-Appellant.

(No. 57360; )

First District (5th Division)—February 9, 1973.

*Rehearing denied March 29, 1973.*